THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED MANCUSO, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. [710 NYS2d 296] —Judgment unanimously affirmed without costs (*see, People ex rel. Batista v Walker*, 198 AD2d 865, *lv denied* 83 NY2d 752). (Appeal from Judgment of Supreme Court, Erie County, Dillon, J.—Habeas Corpus.) Present—Pine, J. P., Wisner, Scudder and Lawton, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK ex rel. REGGIE CASWELL, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent [711 NYS2d 808] —Appeal unanimously dismissed without costs. Memorandum: Relator contends that he was improperly denied a preliminary parole revocation hearing on the allegation that he was convicted of a crime in Illinois. That contention was rendered moot by the determination revoking relator's parole following a final parole revocation hearing (*see, People ex rel. Wagner v Travis*, 273 AD2d 849 [decided herewith]; *People ex rel. McCummings v DeAngelo*, 259 AD2d 794, 794-795, *lv denied* 93 NY2d 810; *People ex rel. Chavis v McCoy*, 236 AD2d 892). (Appeal from Judgment of Supreme Court, Onondaga County, Brunetti, J.—Habeas Corpus.) Present—Pine, J. P., Wisner, Scudder and Lawton, JJ.